PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK   #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
ERNEST T. PABLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00284 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S RESPONSE TO |
| | ) | DRAFT PRESENTENCE REPORT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ERNEST THORNAL PABLO, | ) | |
| | ) | Sentence Date:  March 13, 2006 |
| Defendant. | ) | Sentence Time:  2:15 p.m. |
| | ) | |
| | ) | |

**DEFENDANT'S RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant ERNEST T. PABLO, by and through counsel, Shanlyn

A.S. Park, Assistant Federal Defender, respectfully states that he has no objections

to the Draft Presentence Report prepared on January 20, 2006.

DATED:  Honolulu, Hawaii, January 30, 2006.

     /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
ERNEST T. PABLO

## CERTIFICATE OF SERVICE

I, SHANLYN A.S. PARK, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known address on January 30, 2006:

Served Electronically through CM/ECF:

CHRIS A. THOMAS
chris.thomas@usdoj.gov
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

Serve by hand delivery to:

ROSANNE T. DONOHOE
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, January 30, 2006.

/s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
ERNEST T. PABLO