EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR. NO. 05-00284 DAE |
| Plaintiff,    ) |  |
| vs.    ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| ERNEST THORNAL PABLO,    ) |  |
| Defendant.    ) |  |

STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America and the Defendant, ERNEST THORNAL PABLO, by and through his respective attorney, SHANLYN A.S. PARK, ESQ., hereby agree and stipulate, and request that the Court approve a continuance of the sentencing date in this case currently set for March 13, 2006, at 2:15 P.M. before the Honorable David A. Ezra to March 21, 2006 at 9:00 A.M. before the

Honorable David A. Ezra.

DATED: Honolulu, Hawaii, _____, 2006.

    EDWARD H. KUBO, JR.
United States Attorney

By /s/ Chris A. Thomas
   CHRIS A. THOMAS
   Assistant U.S. Attorney

/s/ SHANLYN A.S. PARK
SHANLYN A.S. PARK
Attorney for Defendant
ERNEST THORNAL PABLO

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, March 10, 2006.

_____
David Alan Ezra
United States District Judge

USA v. Ernest Thornal Pablo,
Cr. No. 05-00284 DAE
Stipulation and Order to Continue Sentencing