# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00284DAE |
| CASE NAME: | USA v. Ernest Thornal Pablo |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Shanlyn Park |
| USPO: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/21/2006 | TIME: | 9:00am-9:40am |

COURT ACTION:  EP: Sentencing to the Information as to Defendant Ernest Thornal Pablo.

Defendant Ernest Thornal Pablo present in custody.

Safety valve applies.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Ernest Thornal Pablo.

SENTENCE:

Imprisonment:   70 MONTHS

Supervised Release:   5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.[DRUG TESTING WAIVED]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. Defendant is prohibited from participating in any form of gambling; being in the presence of any illegal or legal gambling; frequenting any business, residence, or area where gambling activities have occurred or are presently occurring; and associating with any persons engaged in gambling or any known gamblers. Defendant is also prohibited from going to any places where gambling is legal; traveling to places like Nevada, Indian Reservation Casinos, or any other places.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Defendant needs immediate medical attention for his diabetes and eczema conditions. Mental Health treatment. Vocational training.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager