PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:      shanlyn_park@fd.org

Attorney for Defendant
ERNEST THORNAL PABLO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00284 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO |
| | ) | ALLOW A SPECIAL VISIT AT |
| vs. | ) | HOSPITAL; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF |
| ERNEST THORNAL PABLO, | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO ALLOW A SPECIAL VISIT AT HOSPITAL

COMES NOW the defendant, ERNEST THORNAL PABLO, through

counsel, and moves this Honorable Court to hear the Motion to Allow A Special Visit

at Hospital.

This motion is based upon the attached declaration of counsel and upon such further arguments received by the Court at a hearing on this motion.

DATED:  Honolulu, Hawaii, March 28, 2006.


 /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
ERNEST THORNAL PABLO

## CERTIFICATE OF SERVICE

I, SHANLYN A.S. PARK, hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at his last known address on March 28, 2006:

Served Electronically through CM/ECF:

CHRIS A. THOMAS
chris.thomas@usdoj.gov
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, March 28, 2006.

 /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
ERNEST THORNAL PABLO