IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00284 DAE |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| ERNEST THORNAL PABLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **DECLARATION OF COUNSEL**

I, SHANLYN A.S. PARK, hereby declare as follows:

1. I am counsel for defendant, Ernest Thornal Pablo, having been appointed pursuant to the Criminal Justice Act.

2. On March 28, 2006, I received a voicemail message from Deputy Marshal Wayne Kalima. Mr. Kalima informed me that my client, Ernest Pablo, was admitted to the Queen's Medical Center on Thursday, March 23, 2006, and had surgery performed.

3. I attempted to reach Mr. Kalima to discuss the contents of his voicemail message, however, Mr. Kalima was out on leave. I then spoke with Deputy Marshal Dwight Thompson. Deputy Marshal Thompson informed me that Mr. Pablo underwent surgery to address the infection on his buttocks that was caused by a serious skin condition and that Mr. Pablo would remain in the hospital for another

week. Deputy Marshal Thompson stated that I could visit Mr. Pablo, however, when I inquired if Mr. Pablo's wife could visit him, I was informed that the family would not be allowed to visit.

    4.    Accordingly, I am requesting that this Court allow Mr. Pablo's wife, Lorna Pablo, a special visit to take place at the Queen's Medical Center. Mrs. Pablo is very concerned about her husband's condition and would like to have the opportunity to visit him.

    5.    The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, March 28, 2006.

    /s/ Shanlyn A.S. Park
    SHANLYN A.S. PARK
    Attorney for Defendant
    ERNEST THORNAL PABLO