# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00284DAE

CASE NAME:        USA v. Ernest Thornal Pablo

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:   Shanlyn A.S. Park

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6F

DATE:    3/30/2006                TIME:       9:45 - 9:51

COURT ACTION: EP: Defendant's Motion to Allow a Special Visit at Hospital - deft's presence waived.

Motion GRANTED.  Defendant's wife is allowed to speak with the deft and his doctor by phone.  During the conversation, the defendant's location in the hospital shall not be revealed.

Park to prepare order.

Submitted by Richlyn Young, Courtroom Manager