PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: shanlyn_park@fd.org

Attorney for Defendant
ERNEST T. PABLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00284 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING IN PART AND |
| | ) | DENYING IN PART THE |
| vs. | ) | DEFENDANT'S MOTION TO |
| | ) | ALLOW A SPECIAL VISIT AT |
| ERNEST THORNAL PABLO, | ) | THE HOSPITAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING IN PART**
**AND DENYING IN PART THE DEFENDANT'S**
**MOTION TO ALLOW A SPECIAL VISIT AT THE HOSPITAL**

On March 30, 2006, a hearing was held before this Court on counsel Shanlyn A.S. Park's motion to allow a special visit at the hospital. The Court

having considered the arguments raised by counsel, and the over the government's objection, grants the instant motion in part,

IT IS HEREBY ORDERED THAT Defendant's wife, Lorna Pablo, be allowed to telephonically contact the Defendant at the hospital where he is receiving treatment. Mrs. Pablo's contact is strictly limited to telephone conversations between herself and the Defendant and is not allowed to visit the Defendant in person. During the conversations between the Defendant and his wife, there shall be no discussion about where the Defendant is receiving medical treatment.

IT IS SO ORDERED.




/s/ Barry M. Kurren
United States Magistrate Judge
Dated: March 31, 2006

APPROVED AS TO FORM ONLY:

/s/ Chris A. Thomas
CHRIS A. THOMAS
Assistant United States Attorney

UNITED STATES v. ERNEST THORNAL PABLO
CR. NO. 05-00284 DAE
ORDER GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION TO ALLOW A SPECIAL VISIT AT THE HOSPITAL